**Walter Clayton RUFF, Jr.,**
**Plaintiff–Appellant,**

v.

**Matt BOWERS, Sergeant; Wesley Boland, Captain; Nick Bouknight, Investigator; James Lee Foster, Newberry County Sheriff, Defendants–Appellees.**

No. 14–1177.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 22, 2014.

Decided: May 28, 2014.

Walter Clayton Ruff, Jr., Appellant Pro Se. Vinton D. Lide, Michael Stephen Pauley, Lide & Pauley, LLC, Lexington, South Carolina, for Appellee.

Before TRAXLER, Chief Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Clayton Ruff, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ruff v. Bowers*, No. 8:12–cv–03522–MGL, 2014 WL 657550 (D.S.C. Feb. 19, 2014). We further deny Ruff's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*